UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN JANINE NEUWIRTH,<br><br>        Plaintiff,<br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br><br>        Defendant. | Case No.: 2:25-cv-01297-AC<br><br>[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 29, 2025 in which to file Plaintiff's Opening Brief; and that all other deadlines shall be extended accordingly.

IT IS SO ORDERED.

DATE: August 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE